# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-09-00660-CV

**Cleo Elizabeth McKinney Cearley, Appellant**

**v.**

**Sue Burgess, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 2 OF HAYS COUNTY
### NO. 11339-P, HONORABLE LINDA RODRIGUEZ, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

**PER CURIAM**

The parties have requested that this Court abate this appeal pending ongoing settlement discussions. We grant the motion and abate the appeal. Absent further order of this Court, this appeal will be automatically reinstated on April 27, 2010. The parties are directed to file either a status report or a motion to dismiss by that date.

Before Justices Patterson, Puryear and Henson

Abated

Filed: February 10, 2010